```
                  UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                )
                                 )   2:07-cv-02227-GEB-KJM
          Plaintiff,             )
                                 )
     v.                          )   ORDER RE: SETTLEMENT
                                 )   AND DISPOSITION
SPIGHT I, LLC, a California limited)
company,                         )
                                 )
          Defendant.             )
                                 )
```

On January 24, 2008, Plaintiff filed a Notice of Settlement, in which he states: "the parties have settled this action[;and] dispositional documents will be filed within (20) calendar days."  Therefore, a dispositional document shall be filed no later than February 13, 2008.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The status conference scheduled for February 4, 2008, is reset for hearing on March 31, 2008, at 9:00 a.m., in the event that no dispositional document is filed, and this action is not

dismissed.  Further, a joint status report shall be filed fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated:  January 24, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).